**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EBONE LEROY EAST, | ) | NO. ED CV 16-219-GW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DERWIN HUDSON, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _October 8_, 2017.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE